(Reap. Dec. 8916)

J. E. BERNARD & COMPANY, INC. *v.* UNITED STATES

Entry No. 16232.

(Decided July 17, 1957)

*Wallace & Schwartz* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain steel cabinet handles exported from Japan and entered at the port of Chicago.

The case is before me on an agreed set of facts which establish that export value, as defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for appraisement of the merchandise in question, and that such statutory value is the appraised value, less ocean freight and insurance, as invoiced, and I so hold. Judgment will be rendered accordingly.

(Reap. Dec. 8917)

W. R. ZANES & CO. OF LA., INC. *v.* UNITED STATES

Entry No. 3241.

(Decided July 17, 1957)

Plaintiff not represented by counsel.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to a shipment of candy exported from Alicante, Spain, and entered at the port of New Orleans, La.

The case is before me on an agreed set of facts that establish export value, as defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for appraisement of the merchandise in question, and that further establish such statutory value for each of the items in question to be the invoice unit value, packed, and I so hold. Judgment will be rendered accordingly.